SANDRA J. MCMULLAN, Bar No. 264264
smcmullan@littler.com
COOPER J. SPINELLI, Bar No. 299299
cspinelli@littler.com
LITTLER MENDELSON, P.C.
50 W. San Fernando, 7th Floor
San Jose, California 95113.2303
Telephone: 408.998.4150
Facsimile: 408.288.5686

Attorneys for Defendant
TRIMARK ERF, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| AUNDREY ANDERSON,<br><br>       Plaintiff,<br><br>   v.<br><br>TRIMARK ERF, INC., a California corporation,<br><br>       TriMark. | Case No. 4:18-cv-02123-HSG<br><br>**NOTICE OF REQUEST FOR TELEPHONIC APPEARANCE AND** ORDER DENYING REQUEST<br><br>Date: August 30, 2018<br>Time: 2:00 p.m.<br>Judge: Haywood S. Gilliam, Jr.<br>Dept: Courtroom 2 |

LITTLER MENDELSON, P.C.
50 W. San Fernando, 7th Floor
San Jose, CA 95113.2303
408.998.4150

NOTICE OF REQUEST FOR TELEPHONIC APPEARANCE

Case No. 4:18-CV-02123-HSG

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Defendant Trimark ERF, Inc., hereby requests, pursuant to Local Rule 16-10(a), that this Court allow Sandra J. McMullan, defense counsel for this case to appear telephonically at the hearing on Motion to Compel Arbitration and Case Management Conference set for August 30, 2018 at 2:00 p.m.

This request is made on the grounds that Sandra McMullan resides in Sonoma County, California and due to another commitment would like to request a telephonic attendance for the Case Management Conference.

The telephone number where I can be reached on the date of this hearing is 415 677-3151.

Dated: August 23, 2018

*/s/ Sandra J. McMullan*

SANDRA J. MCMULLAN
COOPER J. SPINELLI
LITTLER MENDELSON, P.C.

Attorneys for Defendant
TRIMARK ERF, INC.

DATED: 8/24/2018

**DENIED**
*/s/ Haywood S. Gilliam Jr.*
Judge Haywood S. Gilliam Jr.
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

LITTLER MENDELSON, P.C.
50 W. San Fernando, 7th Floor
San Jose, CA 95113.2303
408.998.4150

NOTICE OF REQUEST FOR TELEPHONIC APPEARANCE

2.

Case No. 3:18-CV-02123-HSG